TORRUELLA, Circuit Judge
(dissenting).
In my thirty years as a judge, I cannot recall a case that more squarely falls within the provisions of Fed. R. App. P. 35(a)(2) as meriting en banc review, particularly when one considers the unprecedented nature of the authority conceded to the Coast Guard by the panel opinion and the lack of any authority supportive of its conclusion. The failure to grant en banc review is likely to cause the bar to lose its bearings when it compares the exceptional importance of the issues presented in this appeal with those raised in other cases in which en banc review has been granted by this court. In my view, the full active court *227 should hear and decide this appeal affecting the entire maritime and maritime insurance industries. Given the failure of this court to so act, the matter deserves consideration by the Supreme Court, and petitioners are urged to seek such relief.